**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00415-CR**

_____

**IN RE KENNETH LENARD ADAMS**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

Kenneth Lenard Adams filed a mandamus petition in which he sought to compel the trial court to rule on a motion that Adams filed after his conviction became final. The trial court denied the motion and Adams subsequently amended his mandamus petition to request that this Court order his former attorney to relinquish his file, including copies of the clerk's and reporter's records.

Adams has not established grounds for issuance of a writ of mandamus against a judge in this Court's district, nor has he shown that the writ is necessary to enforce our jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(a), (b) (West 2004). The petition for writ of mandamus, as amended, is denied.

1

PETITION DENIED.

PER CURIAM

Opinion Delivered October 30, 2013
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.